1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEWELL WAYNE BARBER, | ) | NO. ED CV 08-1667-ABC(E) |
| | ) | |
|         Petitioner, | ) | |
| | ) | |
|     v. | ) | JUDGMENT |
| | ) | |
| J. D. HARTLEY, Warden, | ) | |
| | ) | |
|         Respondent. | ) | |
| _____ | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: December 1, 2008.

*/s/ Audrey B. Collins*

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE